# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2445.  PENADO v. THE STATE.**

Upon consideration of Jose Penado's Motion for Permission to Withdraw Appeal, including Penado's affidavit requesting permission to withdraw the matter in compliance with Court of Appeals Rule 41 (g), it is hereby GRANTED and Penado shall be allowed to withdraw this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/16/2019*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*